**Order entered April 19, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00041-CR

**SELVIN NELSON LOPEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F05-19061-J**

## ORDER

The Court **ORDERS** the Dallas County District Clerk to file, within **TEN DAYS** of the

date of this order, a supplemental record containing appellant's notice of appeal.


/s/    ADA BROWN
           JUSTICE